SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, Kevin Cox

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIX COX,<br><br>         Plaintiff,<br><br>     vs.<br><br>3831 GRAND VIEW, LLC; and DOES 1 to 10,<br><br>         Defendants. | Case No.: 2:23-cv-05595 SVW (AGRx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Kevin Cox ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 27, 2023              SO. CAL EQUAL ACCESS GROUP


                                                  */s/ Jason J. Kim*
                                                 JASON J. KIM
                                                 Attorney for Plaintiff